### 6678.　ALBANY TRANSIT COMPANY v. BROWN.

WADE, J.　1. Under the ruling in *City of Albany* v. *Brown*, 17 *Ga. App.*
707 (88 S. E. 215), the petition failed to show any joint acts of negli-
gence by the City of Albany and the Albany Transit Company, which
were jointly sued, or that there was any concert of action on their part
in the alleged damage to the automobile, and did not establish that they
were joint tort-feasors; and the court therefore erred in overruling
the general demurrer filed by this defendant.　See *City of Albany* v.
*Brown*, supra, and cases there cited.
2. The error of the court in overruling the demurrer rendered all further
proceedings nugatory, and a discussion of the other rulings complained
of is unnecessary.　　　　　　　　　　　　　*Judgment reversed.*
　　　　　　　　　　DECIDED JUNE 5, 1916.

Action for damages; from city court of Albany—Judge Clayton
Jones.　May 15, 1915.

*Thomas H. Milner,* for plaintiff in error.
*Pottle & Hofmayer,* contra.